# Third District Court of Appeal
## State of Florida

Opinion filed October 29, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0393
Lower Tribunal No. 20-3826
_____

**Jason Mantell,**
Appellant,

vs.

**Jose Zambrano, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

Florida Advocates, and Carlos D. Cabrera and Yasmin Gilinsky (Dania Beach), for appellant.

Carlton Fields, P.A., and Dean A. Morando, and Jesse D. Dieterle (West Palm Beach), for appellees.

Before LINDSEY, GORDO, and GOODEN, JJ.

PER CURIAM.

Affirmed. Murphy v. Int'l Robotic Sys., Inc., 766 So. 2d 1010 (Fla. 2000).